FILED
November 15, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003073364

LAW OFFICES OF de BIE and CROZIER, LLP.
W. Scott de Bie, State Bar No. 88612
Lorraine W. Crozier, State Bar No. 114218
1107 Second Street, Suite 220
Sacramento, California 95814
(916) 442-4545

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
Sacramento Division

| | |
|---|---|
| In re:<br><br>RODOLFO P. IBARRA<br><br>Debtor | Case No. 10-48255-E-13L<br>DC No. SdB-1 |
| RODOLFO P. IBARRA<br><br>Movant,<br>vs.<br><br>BAC HOME LOANS SERVICING LP<br>Respondent. | DEBTOR'S MOTION FOR ORDER VALUING COLLATERAL<br><br>Date: December 21, 2010<br>Time: 2:00 p.m.<br>Courtroom: 33<br>501 "I" Street, Sacramento, CA<br>Judge Ronald H. Sargis |

Debtor, Rodolfo P. Ibarra, by and through his attorney of record, W. Scott de Bie, moves the court for an order valuing his residence at $185,000.00 as of the date of the petition was filed.

Debtor is the owner(s) of the real property located at 470 Royal Oaks Court, Vacaville, CA 95687, hereafter referred to as the "property". The property is Debtor's residence. Debtor have listed the property on his Schedule A, filed at the inception of

this case, and have indicated that the value of the property is $185,000.00, his opinion of the value of the property.

The property is encumbered by a first deed of trust which is held by BAC Home Loans Servicing LP. The first deed of trust secures a loan with a balance as of the date the petition was filed of $220,064.00.

The property is further encumbered by a second deed of trust which is held by BAC Home Loans Servicing LP. The second deed of trust held by BAC Home Loans Servicing LP secures a loan with a balance of $112,809.00. Because the amount owed on the first deed of trust exceeds the value of the property, BAC Home Loans Servicing LP's loan of $112,809.00 is completely uncollateralized and no portion of its claim should be allowed as a secured claim.

Debtor's motion is based on this motion, on the notice of this motion, and declaration of Debtor and exhibits in support of the motion.

WHEREFORE, Debtor prays

1. That the court enter its order valuing Debtor real property located at 470 Royal Oaks Court, Vacaville, CA 95687 at $185,000.00.

2. That the claim of BAC Home Loans Servicing LP secured by the second /third## deed of trust has a value of $0.00; and

3. That any claim filed by BAC Home Loans Servicing LP regarding the note secured by the second deed of trust shall be deemed a general unsecured claim without priority.

Dated: 11/9/10

Law Offices of de Bie and Crozier, LLP.

W. Scott de Bie
Attorney for Debtor

2